**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RAUL DUENAS HERNANDEZ,

Petitioner,

v. No. 1:26-cv-00703-MLG-JMR

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States; MARY DE ANDA-YBARRA, Acting Field Office Director of El Paso Office, U.S. Immigration and Customs Enforcement; WARDEN of Torrance County Detention Center, in their official capacities,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Raul Duenas Hernandez's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on August 26, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted. For the reasons stated on the record during the August 26, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Duenas Hernandez must be released within forty-eight hours of the entry of this Order. Duenas Hernandez shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA